# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Curtis McDaniel

Write the full name of each plaintiff.

**20 CV 0995**

____CV____
(Include case number if one has been assigned)

-against-

NYC Fire Department
NYC Police Department
John Doe John Doe John Doe John Doe Jane Doe Jane Doe

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED FEB 5 - 2020 PRO SE OFFICE

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*The 4 and 14th Amendment the right to be Secure in my home*

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, *Curtis McDaniel* (Plaintiff's name), is a citizen of the State of

*New York State*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Curtis / O / McDaniel
**First Name** / **Middle Initial** / **Last Name**

DownState Correction Facility Box F Red SchoolHouse Road
**Street Address**

Fishkill / New York / 12524-0445
**County, City** / **State** / **Zip Code**

_____ / Crts.McDanielabau@gmial.com
**Telephone Number** / **Email Address (if available)**

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: John Doe
First Name / Last Name
Fire Department fire fighter
Current Job Title (or other identifying information)
250 East 164 East 102nd St
Current Work Address (or other address where defendant may be served)
New York / New York
County, City / State / Zip Code

Defendant 2: John Doe
First Name / Last Name
Fire department Fire Fighter
Current Job Title (or other identifying information)
164 East 102nd St
Current Work Address (or other address where defendant may be served)
New York / New York
County, City / State / Zip Code

Defendant 3: Jane Doe
First Name / Last Name
Police officer 23 precient
Current Job Title (or other identifying information)
164 East 102nd Street
Current Work Address (or other address where defendant may be served)
New York / New York
County, City / State / Zip Code

Defendant 4: **John** (First Name) **Doe** (Last Name)

Current Job Title (or other identifying information): Police officer 23 precient

Current Work Address (or other address where defendant may be served): 164 East 102nd Street

County, City: New York   State: New York   Zip Code:

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 160 East 103rd street Apt 4M

Date(s) of occurrence: Feb 25 2019, July 11, 2018, March 2019

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On three different event my house was broken into by the fire department and my local police department. My house was illegally searched, and things were missing broken and turned out my dog was also injured. July 11, 2018 my house was illegal search by 2 female officers after I was arrested downstair they took my keys and turned over stole and broke things on Feb 25, 2019 My house was broken into and search by the same with a lie saying it was a life alert knew me and my father stay there only. On or some time around March 2019 while I was arrested my house was broken into for court worrent to get my dog but my house was search then left open and things were missing

Page 5

each time they broken my dog was hit by the door to the apartment she has been very scared after each event and she each event of everyone

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The injuries were to my dog and property in my home also the entire door and frame and lock/cyclider. My dog has been acting funny ever since then, so mental distress/ anguish

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I asking for $100,000 compensatory damage, punitive damage, and general damage

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 01/26/20

Plaintiff's Signature: Curtis McDaniel

First Name: Curtis
Middle Initial: O
Last Name: McDaniel

Street Address: Downstate Correctional Facility Box F Red school House Road

County, City: New York
State: New York
Zip Code: 12524-0445

Telephone Number:
Email Address (if available): Crts.McDanielabaw@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: Curtis McDaniel     DIN: 2

NEOPOST
01/30/2020
US POSTAGE $000.65⁰
FIRST-CLASS MAIL
ZIP 12524
041M11284855

USM P3
SDNY

Pro se Intake Unit
500 Pearl Street
New York, New York 10007

RECEIVED FEB 5 - 2020